**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera, Esq. (SBN 192390)
Raymond E. Brown, Esq. (SBN 164819)
Jason Y. Chao, Esq. (SBN 250735)
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
rbrown@aguileragroup.com
jchao@aguileragroup.com

*Attorneys for Plaintiff*,
ST. PAUL FIRE AND MARINE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation<br><br>          Plaintiff,<br><br>     v.<br><br>CENTEX HOMES, a Nevada general partnership, CENTEX REAL ESTATE CORPORATION, a Nevada corporation; and DOES 1 through 10 inclusive,<br><br>          Defendants. | Case No. 2:14-CV-02640-WBS-CKD<br><br>Hon. William B. Shubb<br><br>**ORDER TO EXTEND EXPERT DISCOVERY DISCLOSURE DATES**<br><br>Discovery Cut-Off: December 22, 2015<br>Expert Disclosure Date: September 28, 2015<br>Rebuttal Expert Disclosure: October 26, 2015<br>Trial Date:  June 21, 2016 |

///
///
///

1

The Court's scheduling order is hereby modified as follows:

- Non-Expert Discovery Cut-Off /Initial Expert Disclosures: November 6, 2015;

- Rebuttal Expert Disclosures: December 3, 2015

**IT IS SO ORDERED**

Dated:  September 23, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE