UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>     v.<br><br>CENTEX HOMES,<br><br>          Defendant. | No.  2:14-cv-2640 WBS CKD<br><br>ORDER |

Defendant's motion to compel production of the claims file and plaintiff's motion to compel depositions of Jane Haninger and Melinda Freese came on regularly for hearing on November 18, 2015.  Seaton Tsai appeared for plaintiff.  Jeffrey Hayes appeared for defendant.  Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

1. Based on the representation of plaintiff's counsel that the only responsive documents that have been withheld from production of documents have been identified on the supplemental privilege log (ECF No. 23-3, Exh. 8), plaintiff shall no later than November 24, 2015 submit for in camera review the documents identified in said privilege log.  All submitted documents shall be Bates-stamped.  Plaintiff may, but is not required to, submit an amended supplemental privilege log with more detailed descriptions.  No later than December 1, 2015, defendant may

1

submit a one page letter brief identifying any specific documents identified in any amended supplemental privilege log which are no longer subject to the motion to compel.  Defendant's motion to compel (ECF No. 16) and defendant's request for expenses shall thereafter stand submitted.

2. In the circumstances of this case and in light of defense counsel's representations regarding the persons to be produced in response to plaintiff's notice of deposition of person most knowledgeable, the court finds that Jane Haninger and Melinda Freese should not be subjected to deposition.  Plaintiff's motion to compel (ECF No. 17) is therefore denied.  The court finds an award of expenses is not warranted considering all of the circumstances reflected in the record before it on this motion.  Fed. R. Civ. P. 37 (a)(5)(A).

3. Prior to the filing of any further motion to compel, the parties shall engage in the informal procedures for the resolution of discovery disputes set forth on the undersigned's court website.

Dated:  November 18, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 stpaul2640.oah