UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CENTEX HOMES,<br><br>　　　　Defendant. | No. 2:14-cv-2640 WBS CKD<br><br><br>ORDER |

　　　　Pursuant to the order filed November 19, 2015, plaintiff submitted documents for <u>in camera</u> review along with an updated privilege log. Defendant submitted a letter brief identifying the documents for which it seeks <u>in camera</u> review. Upon review of the documents, and good cause appearing, IT IS HEREBY ORDERED that:

　　　　1. Plaintiff shall produce, for copying and inspection the documents identified as follows:

　　　　　　TRV-NI000007

　　　　　　TRV-NI000111-112

　　　　2. With respect to the documents itemized at line 21 of the revised privilege log, plaintiff shall produce, for copying and inspection, the proposed redacted version as identified in the submitted documents. However, the following proposed redactions are not allowed:

　　　　　　TRV-NI000128, third proposed redaction at 6/18/15 at 1:56 p.m.

1

TRV-NI000129, third proposed redaction at 4/21/15 at 6:12 p.m.

TRV-NI000133, second proposed redaction at 2/20/15 at 12:37p.m.

TRV-NI000134, second proposed redaction at 2/12/15 at 5:42 p.m.

3.  The court finds an award of expenses is not warranted considering all of the circumstances reflected in the record before it on this motion.  Fed. R. Civ. P. 37 (a)(5)(A).

Dated:  December 3, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 stpaul2640.icr