# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>CENTEX HOMES, a Nevada general partnership; CENTEX REAL ESTATE CORPORATION, a Nevada corporation; and DOES 1 through 10 inclusive,<br><br>  Defendants. | Case No. 2:14-cv-02640-WBS-CKD<br><br>**ORDER GRANTING *MODIFIED* MOTION TO JOINT STIPULATION TO EXTEND DISCOVERY DEADLINES**<br><br>**Hon:  Judge Carolyn K. Delaney**<br><br>Trial Date:   June 21, 2016 |

The parties submitted a JOINT STIPULATION TO EXTEND DISCOVERY DEADLINES. After reviewing the stipulation and for good cause showing, the Court will extend the discovery deadlines only to allow the parties to prepare for and schedule global depositions of key witnesses. This Court amends the discovery deadlines as follows:

| EVENT | CURRENT DATE | PROPOSED DATE | ORDERED DATE |
|---|---|---|---|
| Discovery Cut-Off | December 22, 2015 | February 2, 2016 | February 2, 2016 |
| Expert Discovery Cut-Off | December 22, 2015 | February 2, 2016 | February 2, 2016 |
| Dispositive Motion Filing Date | February 29, 2016 | Unchanged | February 29, 2016 |

IT IS THEREFORE ORDERED.

Dated: December 14, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4832-7623-2492.1

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100