1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

ST. PAUL FIRE AND MARINE
INSURANCE COMPANY, a Connecticut
corporation,

        Plaintiff,

    v.

CENTEX HOMES, a Nevada general
partnership; CENTEX REAL ESTATE
CORPORATION, a Nevada corporation; and
DOES 1 through 10 inclusive,

        Defendants.

Case No. 2:14-cv-02640-WBS-CKD

**ORDER GRANTING MOTION TO JOINT
STIPULATION TO EXTEND
DISCOVERY DEADLINES**

**Hon:  Judge Carolyn K. Delaney**

Trial Date:   June 21, 2016

The parties submitted a JOINT STIPULATION TO EXTEND DISCOVERY DEADLINES.  After reviewing the stipulation and for good cause showing, the Court agrees to extend the discovery deadlines as requested by the parties.  This Court amends the discovery deadlines as follows:

| EVENT | CURRENT DATE | PROPOSED DATE | ORDERED DATE |
|---|---|---|---|
| Discovery Cut-Off | February 2, 2016 | March 28, 2016 | **March 28, 2016** |
| Expert Discovery Cut-Off | February 2, 2016 | March 28, 2016 | **March 28, 2016** |
| Dispositive Motion Filing Date | February 29, 2016 | April 18, 2016 | **April 18, 2016** |
| Final Pretrial Conference | April 25, 2016 | May 16, 2016 | **June 20, 2016 at 1:30 p.m.** |
| Jury Trial | June 21, 2016 | ------------ | **August 23, 2016 at 9:00 a.m.** |

IT IS THEREFORE ORDERED.

Dated:  January 21, 2016

_____

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4832-7623-2492.1

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

PROPOSED ORDER GRANTING MOTION TO JOINT STIPULATION TO EXTEND DISCOVERY DEADLINES