PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>CENTEX HOMES, a Nevada general partnership; CENTEX REAL ESTATE CORPORATION, a Nevada corporation; and DOES 1 through 10 inclusive,<br><br>  Defendants. | Case No. 2:14-cv-02640-WBS-CKD<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER**<br><br>Hon. William B. Shubb<br><br>Trial Date: August 23, 2016 |

The parties submitted a JOINT STIPULATION TO MODIFY SCHEDULING ORDER. After reviewing the stipulation and for good cause showing, the Court agrees to modify the deadlines as requested by the parties.  This Court amends the deadlines as follows:

| EVENT | CURRENT DATE | PROPOSED DATE | ORDERED DATE |
|---|---|---|---|
| Discovery Cut-Off | March 28, 2016 | August 22, 2016 | August 22, 2016 |
| Expert Discovery Cut-Off | March 28, 2016 | August 22, 2016 | August 22, 2016 |
| Dispositive Motion Filing Date | April 18, 2016 | September 12, 2016 | September 12, 2016 |
| Final Pretrial Conference | June 20, 2016 | November 7, 2016 | November 7, 2016 at 1:30 p.m. |
| Jury Trial | August 23, 2016 | January 10, 2017 | January 10, 2017 at 9:00 a.m. |

IT IS SO ORDERED.

Dated:  February 25, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4834-1860-8430.1

-2-
[PROPOSED] ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER